# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| KENRANCE T. ROACH,<br><br>Petitioner,<br><br>v.<br><br>WARE COUNTY SHERIFF'S DEPARTMENT,<br><br>Respondent. | 5:26-cv-716 |

**ORDER**

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss without prejudice Petitioner Kenrance Roach's ("Roach") 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus for failure to follow this Court's directive. Dkt. No. 3. Roach did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable, with the notation: "Return to Sender, Refused by Ware County Jail, Transferred." Dkt. No. 4 at 1.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS without prejudice** Roach's 28 U.S.C.

§ 2254 Petition for Writ of Habeas Corpus based on his failure to follow this Court's directive. Dkt. No. 1. I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Roach *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 24 day of August, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA